## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DELROY A. CHAMBERS, JR.,

     Plaintiff,

v.                                                                              Case No: 8:21-cv-768-CEH-CPT

DOYLE & MCGRATH REAL
ESTATE, LLC,

     Defendant.

_____/

## **O R D E R**

     Before the Court is the Plaintiff's Notice of Voluntary Dismissal [Doc. 10].  In

accord with the Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED**

as follows:

     1.  The Notice of Voluntary Dismissal is **APPROVED** [Doc. 10].

     2.  This cause is dismissed, with prejudice.

     3.  The Clerk is directed to close this case.

     **DONE AND ORDERED** in Tampa, Florida on April 21, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record